UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-CV-22920-GRAHAM

IN ADMIRALTY

ITC SHIPS HOLDING B.V.,

           Plaintiff,

-against-

ASTIVENCA C.A. a/k/a ASTILLEROS DE
VENEZUELA C.A. a/k/a ASTIVENCA
ASTILLEROS DE VENEZUELA C.A.,

           Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

Whereas no answer or motion for summary judgment has been served in this matter, and the parties have settled their underlying dispute, plaintiff ITC Ships Holding B.V. hereby gives notice and requests that the captioned action be dismissed with prejudice and without costs pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: December __, 2012

        Respectfully submitted,

        HOLLAND & KNIGHT LLP
        *Counsel for Plaintiff*
        701 Brickell Avenue
        Suite 3000
        Miami, Florida 33131
        Telephone:  (305) 374-8500
        Facsimile:  (305) 789-7799
        Email:  brian.briz@hklaw.com

        By:    /s/ Brian A. Briz
             Brian A. Briz
             Fla. Bar No. 657557

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of December 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System.  I also certify that the foregoing document is being served this day on counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

        /s/ Brian A. Briz
        Brian A. Briz

## SERVICE LIST

Stephen P. Walroth-Sadurni, Esq.
WALROTH-SADURNI LAW
5201 Blue Lagoon Drive
Penthouse 970
Miami, FL  33126
Email:  walroth.s@walsadlaw.com
*Counsel for garnishee, Astivenca, Inc.*

John B. Kent, Esq.
MARKS GRAY, P.A.
P.O. Box 447
Jacksonville, FL 32201
Email:  jkent@marksgray.com
*Counsel for garnishee, Wells Fargo Bank, N.A.*

Agustin Perez-Cervera, Esq.
THE LAW FIRM OF AGUSTIN PEREZ-CERVERA, P.A
815 Ponce de Leon Blvd., Suite 301
Coral Gables, FL  33134
Email:  gusperezlaw@att.net
*Counsel for garnishee, Eastern National Bank*

#11781221_v1